# 1IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMMAR AL BALUCHI )
    *Plaintiff,* )        Civ. No. 08-CV-2083 (PLF)
     )
v. )
     )
LLOYD J. AUSTIN III, )
Secretary of Defense, *et al.*, )
     )
    *Respondents/Defendants.* )
_____ )

## ORDER

Upon consideration of Petitioner's Unopposed Extension of Time, it is hereby

ORDERED that Petitioner's Unopposed Extension of Time is GRANTED. Petitioner shall file

his reply on or before May 27, 2022.


IT IS SO ORDERED, this 5th day of May, 2022.


_____
PAUL L. FRIEDMAN
United States District Judge